**FILED**
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>            Plaintiff,                           )<br>v.                                                         )<br>                                                            )<br>ZENIQUA M. JOHNSON,                 )<br>                                                            )<br>            Defendant.                       )<br>_____) | Case No. 2:07CR00553-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZENIQUA M. JOHNSON__ , Case No. __2:07CR00553-LKK__ , Charge __18USC § 287 and 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

     __ Unsecured Appearance Bond

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond with Surety

     __ Corporate Surety Bail Bond

  ✔ (Other)   __Pretrial conditions as stated on the reocrd.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 p.m.__

By   /s/ Gregory G. Hollows
     _____
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court