```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>       Plaintiff,         )<br>  )<br>v.                             )<br>  )<br>ZENIQUA MEOSHI JOHNSON,        )<br>  )<br>       Defendant.           )<br>_____) | Case No. 2:07-cr-553 LKK<br><br>ORDER AFTER HEARING<br><br><br><br><br><br>Court: Hon. Lawrence K. Karlton |

This matter was on calendar on February 5, 2008, for status conference. The defendant was present with her attorney, Candace A. Fry. The government was represented by Assistant U.S. Attorney Samantha S. Spangler. The government has supplied initial discovery and is about to supply additional discovery. The defense needs time to review the discovery and consider the government's plea offer. The matter was continued to March 4, 2008, at 9:30 a.m. for further status conference. Time was excluded from the Speedy Trial Act calculation through March 4, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for preparation of counsel.

   IT IS SO ORDERED.

DATED: February 6, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT