```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   Case No. 2:07-cr-553 LKK
                                   )
11          Plaintiff,             )   ORDER AFTER HEARING
                                   )
12  v.                             )
                                   )
13  ZENIQUA MEOSHI JOHNSON,        )
                                   )
14          Defendant.             )
    _____)       Court: Hon. Lawrence K. Karlton
15
16       This matter was on calendar on March 4, 2008, for status
17  conference.  The defendant was represented by Candace A. Fry.  The
18  defendant, whose waiver of appearance is on file, was not present.
19  The government was represented by Assistant U.S. Attorney Samantha
20  S. Spangler.  Counsel reported that plea negotiations are underway,
21  they anticipate reaching a disposition, but more time is needed.
22  The matter was continued to March 25, 2008, at 9:30 a.m. for further
23  status conference.  Time was excluded from the Speedy Trial Act
24  calculation through March 25, 2008, under 18 U.S.C. §
25  3161(h)(8)(B)(iv) and Local Code T4 for preparation of counsel.
26       IT IS SO ORDERED.
27  DATED:  March 5, 2008
                                        /s/ Lawrence K. Karlton
28                                      _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
```