McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-553 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| ZENIQUA MEOSHI JOHNSON, | ) ) | DATE:  April 15, 2008 |
| Defendant. | ) ) | TIME:  9:30 a.m. |
| _____ | ) | COURT: Hon Lawrence K. Karlton |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 25, 2008, may be continued to April 15, 2008, at 9:30 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

///

///

///

1

1      Defense counsel has authorized the prosecutor to sign this
2 stipulation on her behalf.
3 DATED:  March 21, 2008                McGREGOR W. SCOTT
                                        United States Attorney
4

5
                                  by    /s/ Samantha S. Spangler
6                                       Samantha S. Spangler
                                        Assistant U.S. Attorney
7

8 DATED:  March 21, 2008
                                  by    /s/ Samantha S. Spangler for
9                                       Candace A. Fry
                                        Counsel for Ms. Johnson
10

11                              Order

12     Good cause appearing,

13     The status conference scheduled for March 25, 2008 is continued
14 to April 15, 2008 at 9:30 a.m.

15     Time is excluded from the speedy trial calculation pursuant to
16 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
17 preparation.

18     IT IS SO ORDERED.
19 DATED:  March 21, 2008

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT