CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ZENIQUA M. JOHNSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-553-LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ZENIQUA M. JOHNSON, | |
| Defendant. | |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for April 15, 2008, be continued to May 6, 2008, at 9:30 a.m.

   This continuance is sought for the following reasons:  Government will be providing a proposed written agreement to defense in the near future; defense counsel will require time to review the proposed agreement with the defendant, determine whether it is acceptable and, if not, to assess whether or not the defense will be filing pretrial motions and engaging in further investigation of the case. Accordingly,

-1-

the parties agree that time under the Speedy Trial Act shall be excluded through May 6, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

Dated: April 10, 2008

   /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
ZENIQUA M. JOHNSON, Defendant

Dated: April 10, 2008

McGREGOR W. SCOTT
United States Attorney

   /s/ Candace A. Fry for
SAMANTHA S. SPANGLER,
Assistant U. S. Attorney

(Signed for Ms. Spangler with her prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: April 14, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT