CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ZENIQUA M. JOHNSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-07-553-LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| ZENIQUA M. JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
|  ) | |

    It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for May 6, 2008, be continued to May 28, 2008, at 9:30 a.m.

    This continuance is sought for the following reasons:  defense counsel requires time to review a final version of the written plea agreement with the defendant, determine whether it is acceptable and, if not, to assess whether or not the defense will be filing pretrial motions and engaging in further investigation of the case. Accordingly, the parties agree that time under the Speedy Trial Act shall be

1  excluded through May 28, 2008, to provide reasonable time for defense
2  preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
3  (Local Code T4).

5  Dated:  April 29, 2008                    /s/ Candace A. Fry
                                            CANDACE A. FRY, Attorney for
6                                           ZENIQUA M. JOHNSON, Defendant

8  Dated:  April 29, 2008                   McGREGOR W. SCOTT
                                            United States Attorney

10                                            /s/ Candace A. Fry for
                                            SAMANTHA S. SPANGLER,
                                            Assistant U. S. Attorney

12                                          (Signed for Ms. Spangler with
                                            her prior authorization)

**O R D E R**

16  IT IS SO ORDERED.
17  Dated: May 1, 2008

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT