CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for ZENIQUA M. JOHNSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ZENIQUA M. JOHNSON,<br><br>            Defendant. | No. CR.S-07-553-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

    It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for May 28, 2008, be continued to June 3, 2008, at 9:30 a.m.

    This continuance is sought for the following reasons:  defense counsel requires additional time to review a the proposed plea agreement with the defendant.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through June 3, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

```
1  Dated: May 22, 2008                    /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
2                                        ZENIQUA M. JOHNSON, Defendant

3

4  Dated: May 22, 2008                   McGREGOR W. SCOTT
                                         United States Attorney
5
                                          /s/ Candace A. Fry for
6                                        SAMANTHA S. SPANGLER,
                                         Assistant U. S. Attorney
7
                                         (Signed for Ms. Spangler with
8                                        her prior authorization)

9

10                                **O R D E R**

11

12 IT IS SO ORDERED.

13 Dated: May 23, 2008

14
                              /s/ Lawrence K. Karlton
15                           LAWRENCE K. KARLTON
                             SENIOR JUDGE
16                           UNITED STATES DISTRICT COURT
```

-2-