1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )      Case No. 2:07-cr-553 LKK
                                    )
12           Plaintiff,             )      ORDER AFTER HEARING
                                    )
13  v.                              )
                                    )
14  ZENIQUA MEOSHI JOHNSON,         )
                                    )      Court: Hon. Lawrence K. Karlton
15           Defendant.             )
    _____)

16

17       This matter was on calendar on June 3, 2008, for status

18  conference.  The defendant was represented by Candace A. Fry.  The

19  defendant, whose waiver of appearance is on file, was not present.

20  The government was represented by Assistant U.S. Attorney Daniel S.

21  McConkie, who was standing in for Samantha S. Spangler, who was in

22  another court.  Ms. Fry reported that she needs more time to review

23  the government's proposed plea agreement with Ms. Johnson.  The

24  matter was continued to July 1, 2008, at 9:30 a.m. for further

25  status conference and possibly the entry of a guilty plea.  Time was

26  excluded from the Speedy Trial

27  ///

28  ///

                                    1

1  Act calculation through July 1, 2008, under 18 U.S.C. §

2  3161(h)(8)(B)(iv) and Local Code T4 for preparation of counsel.

3      IT IS SO ORDERED.

4  DATED: June 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT