UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | Case No. 2:07CR00553-LKK-1 |
| Plaintiff,                          ) | |
| v.                                  ) | ORDER FOR RELEASE OF |
|                                     ) | PERSON IN CUSTODY |
| ZENIQUA M. JOHNSON,                 ) | |
|                                     ) | |
| Defendant.                          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ZENIQUA M. JOHNSON , Case No. 2:07CR00553-LKK-1 , Charge  S. RELEASE VIOLATION , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   ✔   (Other)       Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 24, 2009  at  1:17 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court